UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES CATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:02-CV-611 |
| ) | (Phillips) |
| CITY OF ROCKWOOD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It appears to the court that this case should be **STAYED** pending the decision of the Sixth Circuit Court of Appeals on the interlocutory appeal of the court's denial of qualified immunity for the defendants.

The trial currently scheduled to begin on May 31, 2006, as well as the final pretrial conference scheduled for May 24, 2006 are **CANCELLED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge